**CELL GENESYS, INC., Petitioner,**

v.

**APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V.,**
Respondent,

and

**Transkaryotic Therapies, Inc., Respondent.**

**Misc. No. 865.**

United States Court of Appeals, Federal Circuit.

Jan. 15, 2008.

ON MOTION

*ORDER*

Upon consideration of Cell Genesys, Inc.'s motion to withdraw its petition for permission to appeal,

IT IS ORDERED THAT:

(1) The motion is granted and the petition is dismissed.

(2) Each party shall bear its own costs.

**In re: Robert Wilmer RODENBECK, Roger Keith Russel, and Michael Lee Long.**

**No. 2008–1074.**

United States Court of Appeals, Federal Circuit.

Jan. 15, 2008.

ON MOTION

*ORDER*

Upon consideration of the appellants' motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.